UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNNAE LAKE,

                Plaintiff,                    Case No. 1:07cv572

v.                                    Hon. Robert J. Jonker

JENNIFER GRANHOLM, et al.,

                Defendants.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was electronically served on e-registered parties on February 26, 2008, and served by mail on plaintiff Lynnae Lake on February 27, 2008. No objections have been filed under 28 U.S.C. § 636(b)(1)(C). Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 26, 2008, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that all plaintiff's claims are **DISMISSED** for lack of subject matter jurisdiction and under the abstention doctrine of *Younger v. Harris*, 401 U.S. 37 (1971). In addition, all plaintiff's state law claims are subject to dismissal based on the Court's discretionary refusal to exercise supplemental jurisdiction over them. In the alternative, assuming the Court has subject matter jurisdiction and may properly exercise it, **IT IS ORDERED** defendants' motions for summary judgment (docket #s 12, 15, 17) are **GRANTED** for the reasons detailed in the Report and Recommendation.

                                    /s/Robert J. Jonker
                                  ROBERT J. JONKER
                          UNITED STATES DISTRICT JUDGE

Dated:  March 17, 2008